1  David S. Gingras, CSB #218793
2  **Gingras Law Office, PLLC**
   4072 E Mountain Vista Dr.
3  Phoenix, AZ 85048
   Tel.: (480) 639-4996
4  Fax: (480) 668-3623
5  David.Gingras@webmail.azbar.org

6  Attorneys for Defendants
7  Xcentric Ventures, LLC and
   Edward Magedson

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12 ASIA ECONOMIC INSTITUTE,              Case No: CV10 1360 RSWL PJWx
   a California LLC; RAYMOND MOBREZ,
13 an individual; and ILIANA LLANERAS, an
14 individual,

15       Plaintiffs,                     NOTICE OF REMOVAL

16    vs.

17

18 XCENTRIC VENTURES, LLC,
   an Arizona LLC, d/b/a
19 BADBUSINESSBUREAU.COM and/or
   RIPOFFREPORT.COM;
20 BADBUSINESSBUREAU.COM, LLC,
21 organized and existing under the laws of St.
   Kitts/Nevis, West Indies; EDWARD
22 MAGEDSON, an individual, and Does 1
23 through 100, inclusive.

24       Defendants.

25
26
27
28

                                         NOTICE OF REMOVAL

Dockets.Justia.com

Defendants XCENTRIC VENTURES, LLC ("Xcentric") and EDWARD MAGEDSON ("Magedson"; collectively "Defendants") give notice that this action is hereby removed from the Los Angeles County Superior Court to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1446. Removal of this action is proper on the following grounds:

1.  **Removal Is Timely Pursuant to 28 U.S.C. § 1446(b)**

On January 29, 2010, Defendants received notice via telephone from Plaintiffs' counsel that this action was commenced in the Los Angeles County Superior Court, Case No. SC106603. The Complaint was filed in the state court proceeding on January 27, 2010 and has not been served as of the date of removal. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

2.  **The District Court Possesses Federal Question Jurisdiction**

The Complaint in this matter (attached hereto as **Exhibit A**[1]) alleges two federal causes of action arising under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), to wit: 1.) a violation of 18 U.S.C. § 1962(c); and 2.) a violation of 18 U.S.C. § 1962(d). Claims made pursuant to the RICO Act raise federal questions and this Court has original jurisdiction over such claims pursuant to 18 U.S.C. § 1964(a) and 28 U.S.C. § 1331. *See Poulos v. Caesars World, Inc.*, 379 F.3d 654, 662 (9th Cir. 2004) (noting District Courts have federal question jurisdiction over RICO claims).

3.  **The District Court Possesses Diversity Jurisdiction**

The District Court also possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332. According to the Complaint, each Plaintiff is a citizen of the State of California while each Defendant is a citizen of either Arizona or St. Kitts/Nevis, West Indies. Although it does not specify a certain amount sought, the Complaint clearly seeks damages that may exceed $75,000 including general damages, special damages,

---

[1] The Complaint received by Defendants purports to contain 33 pages but is missing the second page. Counsel for Defendants requested a complete copy from Plaintiffs' counsel, but Plaintiffs' counsel did not respond to the request.

1  punitive damages, treble damages under RICO, attorney's fees, and injunctive relief.
2  Accordingly, this court possesses diversity jurisdiction. *See Valdez v. Allstate Ins. Co.*,
3  372 F.3d 1115, 1117 (9th Cir. 2004).

### 4. The District Court Possesses Supplemental Jurisdiction

Pursuant to 28 U.S.C. § 1367, the District Court possesses supplemental jurisdiction over all other claims on the basis that such claims are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

### 5. All Defendants Consent to Removal

All Defendants (Xcentric and Magedson) consent to removal. Defendant BADBUSINESSBUREAU.COM, LLC has been dissolved and is no longer an existing entity and will therefore not be appearing in this action. In addition, Badbusinessbureau.com, LLC has not been served with process in this action and therefore its consent to removal is not required. *See Salveson v. Western States Bankcard Ass'n*, 731 F2d 1423, 1429 (9th Cir. 1984); *Prize Frize, Inc. v. Matrix Inc.*, 167 F.3d 1261, 1266 (9th Cir. 1999).

### 6. State Court Pleadings

Copies of all pleadings filed in the state court proceedings and received by Defendants are attached hereto as **Exhibit A**.

DATED this 19th day of February, 2010.

GINGRAS LAW OFFICE, PLLC

/s/ David S. Gingras
David S. Gingras
Attorney for Defendants
Xcentric Ventures, LLC and
Edward Magedson

# PROOF OF SERVICE
### 1013A(3) C.C.P. Revised 5/1/88

STATE OF ARIZONA         )
                                             ) ss.
COUNTY OF MARICOPA )

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is 3200 N. Central Avenue, Suite 2000, Phoenix, Arizona 85012.

On February _19_, 2010 I served the foregoing document described as:

**Notice of Removal**

on the interested parties in this action by placing:
   [X] a true and correct copy –OR_ [ ] the original document
thereof enclosed in sealed envelopes addressed as follows:

Daniel F. Blackert, Esq.                                          Attorney for Plaintiffs
Asia Economic Institute, LLC
11766 Wilshire Blvd., Suite 260
Los Angeles, CA, 90025
Telephone: (310) 806-3000
Facsimile: (310) 826-4448

[X]    **BY MAIL:**
   [ ]    I deposited such envelope in the mail at Phoenix, Arizona. The envelope was mailed with postage thereon fully prepaid.
   [X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Phoenix, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct.

_/s/ [signature]_

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Asia Economic Institute, LLC;<br>Raymond Mobrez;<br>Iliana Llaneras | **DEFENDANTS**<br>Xcentric Ventures, LLC;<br>Bad Business Bureau, LLC;<br>Edward Magedson |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Daniel F. Blackert, CSB #255021<br>11766 Wilshire Blvd., Suite 260<br>Los Angeles, CA 90025 | Attorneys (If Known)<br>David S. Gingras, CSB #218793<br>Gingras Law Office, PLLC<br>4072 E Mountain Vista Dr.<br>Phoenix, AZ 85048 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
18 U.S.C. § 1962; Complaint contains two causes of action under the Racketeer Influenced and Corrupt Organizations Act ("RICO")

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV10 1360**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | All Defendants reside in Arizona |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date February 18, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

```
CV10- 1360 RSWL (PJWx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY