| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| David S. Gingras, CSB #218793<br>GINGRAS LAW OFFICE, PLLC<br>4072 E. Mountain Vista Dr.<br>Phoenix, AZ 85048<br>Tel.: (480) 668-3623<br>Fax: (480) 248-3196<br>David.Gingras@webmail.azbar.org | 2010 FEB 24  AM 10: 07<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>LOS ANGELES<br>BY _____ |

ATTORNEYS FOR: Xcentric Venutres, LLC and Edward Magedson

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ASIA ECONOMIC INSTITUTE, LLC;<br>RAYMOND MOBREZ, and ILIANA LLANERAS,<br>Plaintiff(s),<br>v.<br>XCENTRIC VENTURES, LLC; BADBUSINESS BUREAU.COM, LLC; and EDWARD MAGEDSON<br>Defendant(s) | CASE NUMBER<br>CV10 1360 RSWL PJWx<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants Xcentric Ventures, LLC and Edward Magedson
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| ASIA ECONOMIC INSTITUTE, LLC;<br>RAYMOND MOBREZ, and<br>ILIANA LLANERAS | Plaintiffs |
| XCENTRIC VENTURES, LLC;<br>BADBUSINESSBUREAU.COM, LLC; and<br>EDWARD MAGEDSON | Defendants |

2/19/10                          /s/ [signature]
Date                             Sign

                                 David S. Gingras
                                 Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)

Dockets.Justia.com