FILED

2010 FEB 24  AM 10: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY_____

1  David S. Gingras, CSB #218793
2  **Gingras Law Office, PLLC**
   4072 E Mountain Vista Dr.
3  Phoenix, AZ 85048
   Tel.: (480) 639-4996
4  Fax: (480) 668-3623
5  David.Gingras@webmail.azbar.org

6  Attorneys for Defendants
   Xcentric Ventures, LLC and
7  Edward Magedson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA ECONOMIC INSTITUTE, LLC a California limited liability company; RAYMOND MOBREZ, an individual; and ILIANA LLANERAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, an Arizona limited liability company, d/b/a BADBUSINESSBUREAU.COM and/or RIPOFFREPORT.COM; BADBUSINESSBUREAU.COM, LLC, organized and existing under the laws of St. Kitts/Nevis, West Indies; EDWARD MAGEDSON, an individual, <br><br> Defendants. | Case No: CV10 1360 RCWL PJWX <br><br> **CORPORATE DISCLOSURE STATEMENT** |

GINGRAS LAW OFFICE, PLLC
4072 E. MOUNTAIN VISTA DRIVE
PHOENIX, ARIZONA 85048

1  Defendant XCENTRIC VENTURES, LLC submits the following disclosures pursuant to
2  Fed. R. Civ. P. 7.1(a):

4  Defendant Xcentric Ventures states that its corporate parent is:

Creative Business Investment Concepts, Inc.
2533 North Carson Street
Carson City, NV 89706

No publicly-traded company holds any interest in Xcentric, and Creative Business Investment Concepts, Inc. is not publicly traded.

DATED this 19th day of February, 2010.

GINGRAS LAW OFFICE, PLLC

*David S. Gingras*
David S. Gingras
Attorney for Defendants
Xcentric Ventures, LLC and
Edward Magedson

---

1
CORPORATE DISCLOSURE STATEMENT

**PROOF OF SERVICE**
1013A(3) C.C.P. Revised 5/1/88

STATE OF ARIZONA          )
                          ) ss.
COUNTY OF MARICOPA        )

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is 3200 N. Central Avenue, Suite 2000, Phoenix, Arizona 85012.

On February _19_, 2010 I served the foregoing document described as:

**Corporate Disclosure Statement**

on the interested parties in this action by placing:
    [X] **a true and correct copy –OR_ [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

Daniel F. Blackert, Esq.                              Attorney for Plaintiffs
Asia Economic Institute, LLC
11766 Wilshire Blvd., Suite 260
Los Angeles, CA, 90025
Telephone: (310) 806-3000
Facsimile: (310) 826-4448

[X]    **BY MAIL:**
    [ ]    I deposited such envelope in the mail at Phoenix, Arizona. The envelope was mailed with postage thereon fully prepaid.
    [X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Phoenix, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct.

*/s/ signature*

2
**CORPORATE DISCLOSURE STATEMENT**
