**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Asia Economic Institute et al <br><br> PLAINTIFF(S) <br> v. <br> Xcentric Ventlures LLC et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 10-01360-RSWL (PJWx) <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

   IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 08-05.

March 2, 2010
Date

United States District Judge

**NOTICE TO COUNSEL FROM CLERK**:

   This case has been reassigned to Judge  Stephen V. Wilson  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  SVW  after the case number in place of the initials of the prior judge so that the case number will read  CV 10-01360 SVW(PJWx) .

   This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

*cc:* ☐ *Previous Judge*   ☐ *Statistics Clerk*

**ORDER RETURNING CASE  FOR REASSIGNMENT**

CV-89 (05/08)