DANIEL F. BLACKERT, ESQ., CSB No. 255021
**Asia Economic Institute**
11766 Wilshire Blvd., Suite 260
Los Angeles, CA 90025
Telephone (310) 806-3000
Facsimile (310) 826-4448
Daniel@asiaecon.org
Blackertesq@yahoo.com

Attorney for Plaintiffs,
Asia Economic Institute,
Raymond Mobrez, and
Iliana Llaneras

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA ECONOMIC INSTITUTE, a California LLC; RAYMOND MOBREZ an individual; and ILIANA LLANERAS, an individual, <br><br>     Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, an Arizona LLC, d/b/a as BADBUSINESS BUREAU and/or BADBUSINESSBUREAU.COM and/or RIP OFF REPORT and/or RIPOFFREPORT.COM; BAD BUSINESS BUREAU, LLC, organized and existing under the laws of St. Kitts/Nevis, West Indies; EDWARD MAGEDSON an individual, and DOES 1 through 100, inclusive, <br><br>     Defendants. | Case No.: 2:10-cv-01360-SVW-PJW <br><br> NOTICE OF WITHDRAWAL OF MOTION TO REMAND <br><br> Hearing Date: April 26, 2010 <br> Time: 1:30 PM <br> Courtroom: 6 (Hon. Stephen Wilson) <br> Complaint Filed: January 27, 2010 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Asia Economic Institute, Raymond Mobrez, and Iliana Llaneras hereby withdraw their Motion to Remand currently scheduled on this Court's calendar for April 26, 2010 at 1:30 p.m., and requests that the matter be taken off the Court's Calendar. Plaintiffs withdraw this motion without prejudice.

Dates: April 6, 2010                                  **Asia Economic Institute**

By: _____
DANIEL F. BLACKERT
Attorneys for Plaintiffs,
Asia Economic Institute, Raymond
Mobrez, and Iliana Llaneras

Notice of Withdrawal of Plaintiffs' Motion to Remand - 2

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mr. David S. Gingras, Esq.
**Gingras Law Office, PLLC**
4072 E. Mountain Vista Dr.
Phoenix, AZ 85048
Attorney for Defendants

And a courtesy copy of the foregoing delivered to:
Honorable Stephen V. Wilson
U.S. District Judge

By: _____
DANIEL F. BLACKERT
Attorneys for Plaintiffs,
Asia Economic Institute, Raymond Mobrez, and Iliana Llaneras

Notice of Withdrawal of Plaintiffs' Motion to Remand - 3