FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA ECONOMIC INSTITUTE, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, et al., <br><br> **Defendants.** | Case No: 2:10-cv-01360-SVW-PJW <br><br> [~~PROPOSED~~] <br> FINAL JUDGMENT |

Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Pursuant to the Court's July 19, 2010 and May 4, 2011 Orders granting Defendant's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED that summary judgment is granted in favor of Defendants XCENTRIC VENTURES, LLC and EDWARD MAGEDSON ("Defendants") and against Plaintiffs ASIA ECONOMIC INSTITUTE, LLC, RAYMOND MOBREZ, and ILIANA LLANERAS ("Plaintiffs") as to all claims and relief requested by Plaintiffs, and Plaintiffs are ordered to take nothing thereby.

Furthermore, for the reasons stated in the Court's May 4, 2011 Order, it is further ORDERED, ADJUDGED, AND DECREED that the following motions are DENIED: Defendants' Motion for Sanctions [Doc. #s 157, 158], Defendants' Special Motion to Strike [Doc. #154] and Plaintiff's Rule 56(f) Motion [Doc. #173].

The Clerk is ordered to enter this Judgment.

IT IS SO ORDERED.

DATED: 6/13/11

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] FINAL JUDGMENT

CV10-01360 SVW